# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

LARRY M. DEATON, :

    Petitioner, : Case No. 3:03CV085

vs. : District Judge Walter Herbert Rice
    Magistrate Judge Sharon L. Ovington

JEFFREY WOLFE, Warden, :
Noble Correctional Institution,
    :
    Respondent.

---

**DECISION AND ENTRY ADOPTING REPORT AND RECOMMENDATIONS FILED ON JUNE 2, 2005 (Doc. #12); DENYING PETITIONER LARRY M. DEATON'S PETITION FOR WRIT OF HABEAS CORPUS (Doc. #1); A CERTIFICATE OF APPEALABILITY UNDER 28 U.S.C. §2253(c) NOT ISSUE; AND TERMINATING CASE ON THE DOCKET OF THIS COURT**

---

The Court has conducted a <u>de novo</u> review of the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #12), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** in full said Report and Recommendations. It is therefore **ORDERED** that:

    1. The Report and Recommendations filed on June 2, 2005 (Doc. #12) is ADOPTED;

    2. Petitioner Larry M. Deaton's Petition for Writ of Habeas Corpus (Doc. #1) is DENIED.

    3. A certificate of appealability under 28 U.S.C. §2253(c) not issue; and

    4. This case is terminated on the docket of this Court.

                                                          */s/ Walter Herbert Rice*
                                                          Walter Herbert Rice
                                                          United States District Judge